SUSAN MIDLER, Respondent, v RICHARD CRANE, M.D., Appellant.

Submitted June 28, 2010; decided September 14, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 14 NY3d 877 (2010)].